# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MARC D. GETTY |
| Case Number: | 14-22839-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 28, 2017 01:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/29/17 12:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#37 Amended Chapter 13 Plan dated 8/8/2017 (FC)
R / M #: 37 / 0

### Appearances:

Debtor: A. Steidl

Trustee: Winnecour / **Bedford** / Pail / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **10-18-17**.
   Objections are due on or before **11-9-17**.
   A hearing on the Amended Plan is set for **11-16-17** at **10:00**.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2017    10:48:05 AM