Form 221

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Marc D. Getty**
Debtor(s)

Bankruptcy Case No.: 14–22839–CMB
Chapter: 13
Related To Document No.:
Concil. Conf.: November 16, 2017 at 10:00 AM

## ORDER

On September 28, 2017, a Conciliation Conference was conducted on the August 8, 2017 Plan , at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **29th day of September, 2017**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before October 18, 2017,** the Debtor(s) shall file and serve a copy of this *Order* and a *Notice of Proposed Modification to Confirmed Plan*, and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) **On or before November 2, 2017,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On November 16, 2017 at 10:00 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file a *Notice of Proposed Modification to Confirmed Plan*, an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: September 29, 2017

cm: Debtor
    Kenneth Steidl, Esq.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Marc D. Getty
    Debtor

Case No. 14-22839-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel     Page 1 of 1     Date Rcvd: Sep 29, 2017
                    Form ID: 221     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
db          +Marc D. Getty,    2756 Ford Avenue,    Pittsburgh, PA 15235-3617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
        agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
       James Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
        bkgroup@kmllawgroup.com
       Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
       Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
       Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
        sromig@barley.com
       Kenneth Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
        nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
        einberg.com;r53037@no
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com,
        sherri.braunstein@phelanhallinan.com
       Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
        cblack@udren.com
       Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC thomas.song@phelanhallinan.com
                                                                    TOTAL: 13