**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARC D. GETTY,** | : | **Case No. 14-22839-CMB** |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **Ronda J. Winnecour, Trustee,** | : | **Re: Claim 3** |
| **Movants** | : | |
| **v.** | : | **Hearing Date and Time:** |
| **GLHEC,** | : | **July 18, 2018 at 11:00** |
| **Respondent** | : | |

## CERTIFICATE OF SERVICE OF ORDER RESCHEDULING HEARING

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 15th of June, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: via U.S. First Class Mail:


Ronda J. Winnecour
Ste. 3250, USX Tower
600 Grant St.
Pittsburgh, PA  15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA  15222

Marc D. Getty
2756 Ford Ave.
Pittsburgh, PA  15235

Kenneth Steidl, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
Pittsburgh, PA  15219

Jana Pail
US Steel Tower, Ste. 3250
600 Grant St.
Pittsburgh, PA  15219


Date:  June 15, 2018                    /s/ John P. Neblett
                                        John P. Neblett
                                        P.A. I.D. No. 80036
                                        P.O. Box 490
                                        Reedsville, PA  17084
                                        Counsel for GLHEC
                                        717.667.7185
                                        717.620.3469 (fax)