IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC D. GETTY, | : | Case No. 14-22839-CMB |
| Debtor | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Trustee, | : | Re: Claim 3 |
| Movants | : | |
| v. | : | Request to Reschedule Hearing |
| GLHEC, | : | |
| Respondent | : | |

## ORDER

AND NOW, upon consideration of Respondent's Motion to Reschedule Hearing, and the Trustee's concurrence, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED;

The Trustee's Objection to Claim #3 is rescheduled from June 20, 2018, to **Wednesday, July 18, 2018, at 11:00am in Courtroom B on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**

The response deadline is extended to July 11, 2018.

RESPONDENT shall serve a copy of this order on the debtors, their counsel, the Trustee and the U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Dated: June 13, 2018

BY THE COURT

_____
Judge Carlota M. Bohm

FILED
6/13/18 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 14-22839-CMB
Marc D. Getty                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe              Page 1 of 1         Date Rcvd: Jun 13, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Marc D. Getty,   2756 Ford Avenue,   Pittsburgh, PA 15235-3617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
              James Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
               jpn@neblettlaw.com, lln@neblettlaw.com
              Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Kenneth Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
              Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 14