IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Marc D. Getty | : | Case No.14-22839CMB |
| | : | |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re CLM. 3 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Great Lakes Higher Education | : | |
| Guaranty Corp. | : | Hearing Date |
| Respondent(s) | | |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The Trustee's Objection to Claim was filed in the above-referenced case on May 11, 2018 (document #49) is hereby WITHDRAWN. The hearing that is scheduled for July 18, 2018 is hereby cancelled.

Respectfully submitted

7/16/18                         /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Marc D. Getty                                          :     Case No.14-22839CMB
                                                       :
    Debtor(s)                         :
Ronda J. Winnecour, Trustee                            :
                                                       :     Re CLM. 3
    Movant(s)                         :
                                                       :
    vs.                               :
Great Lakes Higher Education                           :
Guaranty Corp.                                         :     Hearing Date
    Respondent(s)

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

United Student Funds Inc
PO Box 8961
Madison WI 53708-8961

Great Lakes Higher Education Guaranty Corp.
2401 International Lane
Madison WI 54701

John P. Neblett, Esq.
Law Office of John P. Neblett
P.O. Box 490
Reedsville, PA  17084

Navient Solutions, Inc, on behalf of USAF
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre PA 18773
Marc D. Getty
2756 Ford Avenue
Pittsburgh PA 15235

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219

| | |
|---|---|
| 7/16/18 | /S/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |