2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-22839-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Marc D. Getty
2756 Ford Avenue
Pittsburgh PA 15235

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/13/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : Navient Solutions, Inc. on behalf of USAF, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430 | GLHEC & Affiliates: GLHEGC, NELA, USAF<br>PO Box 8961<br>Madison WI 53708-8961 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/18/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22839-CMB
Marc D. Getty                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1              Date Rcvd: Jul 16, 2018
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
13909156        Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,     P.O. Box 9430,    Wilkes-Barre, PA 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC    andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC vbarber@udren.com
              James Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC    bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation    jpn@neblettlaw.com, lln@neblettlaw.com
              Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,    sromig@barley.com
              Kenneth Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,    sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,    cblack@udren.com
              Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 14