**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-22839-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Marc D. Getty
2756 Ford Avenue
Pittsburgh PA 15235

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/09/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: Navient Solutions, Inc. on behalf of USAF, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430

Name and Address of Transferee:

GLHEC & Affiliates: GLHEGC, NELA, USAF
PO Box 8961
Madison WI 53708-8961

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/13/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marc D. Getty  
　　　Debtor

Case No. 14-22839-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: gamr　　　Page 1 of 1　　　Date Rcvd: Oct 11, 2018  
　　　　　　　　　　　　Form ID: trc　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
13909156　　　Navient Solutions, Inc. on behalf of USAF,　　Attn: Bankruptcy Litigation Unit E3149,　　P.O. Box 9430,　　Wilkes-Barre, PA 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:  
　　　Andrew F Gornall　　on behalf of Creditor　　PONTUS INVESTMENT PORTFOLIO III, LLC andygornall@latouflawfirm.com  
　　　Elizabeth Lamont Wassall　　on behalf of Creditor　　Ocwen Loan Servicing, LLC bankruptcy@udren.com  
　　　James Warmbrodt　　on behalf of Creditor　　PONTUS INVESTMENT PORTFOLIO III, LLC bkgroup@kmllawgroup.com  
　　　Jennifer L. Cerce　　on behalf of Creditor　　Penn Hills School District jlc@mbm-law.net  
　　　John P. Neblett　　on behalf of Creditor　　Great Lakes Higher Education Corporation jpn@neblettlaw.com, lln@neblettlaw.com  
　　　Joseph A. Dessoye　　on behalf of Creditor　　Ocwen Loan Servicing, LLC pawb@fedphe.com  
　　　Joseph P. Schalk　　on behalf of Creditor　　Ocwen Loan Servicing, LLC jschalk@barley.com, sromig@barley.com  
　　　Kenneth Steidl　　on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
　　　Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
　　　Sherri J. Smith　　on behalf of Creditor　　Ocwen Loan Servicing, LLC pawb@fedphe.com, sherri.braunstein@phelanhallinan.com  
　　　Stuart P. Winneg　　on behalf of Creditor　　Ocwen Loan Servicing, LLC swinneg@udren.com, cblack@udren.com  
　　　Thomas Song　　on behalf of Creditor　　Ocwen Loan Servicing, LLC pawb@fedphe.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14