IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 14-22839CMB |
| Marc D. Getty ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| Vs. ) | |
| Marc D. Getty ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **September 11, 2019 at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **August 08, 2019.**

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| 7-18-19 | Ronda J. Winnecour (PA I.D.#30399) |
| Date | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 14-22839-CMB
Marc D. Getty                                                            Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                 Page 1 of 2                  Date Rcvd: Jul 19, 2019
                               Form ID: pdf900            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db             +Marc D. Getty,    2756 Ford Avenue,    Pittsburgh, PA 15235-3617
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13909156       ++ASCENDIUM EDUCATION SOLUTIONS   INC,    PO BOX 8961,    MADISON WI 53708-8961
                (address filed with court:   Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13887871       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   Credit Acceptance Corporation,    25505 West Twelve Mile Road,
                 Southfield, MI 48034)
13888382       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
13887872       +Denovus,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13887873        Department of Education / Sallie Mae,    PO Box 9533,    Wilkes Barre, PA 18773-9533
14880758        GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13887874       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13887875       +Ocwen,    6716 Grade Lane,    Building 9, Suite 910,    Louisville, KY 40213-3410
13887876        Ocwen Loan Servicing,    P.O. Box 4622,    Waterloo, IA 50704-4622
13887877       +Penn Hills,    c/o Maiello Brungo & Maiello,    3301 McCrady Road,    Pittsburgh, PA 15235-5137
13887878       +Pontus Capital,    875 Prospect St #303,    La Jolla, CA 92037-4264
13955818       +Pontus Capital, LLC,    875 Prospect St, Suite 303,    La Jolla, CA 92037-4264
13887879       +Pontus Investment Portfolio III, LLC,    FCI Lender Services,    8180 East Kaiser Blvd.,
                 Anaheim Hills, CA 92808-2277
14808400        United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13887869        E-mail/Text: bnc-applied@quantum3group.com Jul 20 2019 02:46:52      Applied Bank,
                 PO Box 17120,    Wilmington, DE 19886-7120
13887870       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:03:24      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
13914259        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:03:24
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13962705        E-mail/PDF: pa_dc_claims@navient.com Jul 20 2019 03:03:28
                 Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
14153537       +Fax: 407-737-5634 Jul 20 2019 02:58:11     Ocwen Loan Servicing, LLC,
                 Attn: Cashiering Department,    1661 Worthington RD., Suite 100,
                 West Palm Beach, FL 33409-6493
13915851        E-mail/Text: bnc-quantum@quantum3group.com Jul 20 2019 02:46:19
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Great Lakes Higher Education Corporation
cr              Ocwen Loan Servicing, LLC
cr              PONTUS INVESTMENT PORTFOLIO III, LLC
cr*            +GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI 53708-8961
                                                                                               TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2019                                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: dsaw                       Page 2 of 2                   Date Rcvd: Jul 19, 2019
                                      Form ID: pdf900                  Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
               jpn@neblettlaw.com, lln@neblettlaw.com
              Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Kenneth Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
              Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
                                                                                                 TOTAL: 14
```