IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-22839 |
| | ) | Chapter 13 |
| Marc D. Getty, | ) | Docket No. |
| *Debtor* | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Julie Frazee Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Marc D. Getty, had an address of 2756 Ford Avenue, Pittsburgh, PA 15235.

2. The debtor has since moved and the new address is 2254 Locust Avenue, Fairmont, WV 26554.

WHEREFORE, the debtor, Marc D. Getty, respectfully files this Notice of Change of Address.

Respectfully submitted,

October 3, 2019     /s/ Kenneth Steidl
DATE                        Kenneth Steidl, Esquire
                                   Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA ID #34965