## PROCEEDING MEMO

**Date: 11/06/2019 10:00 am**

**In re: Marc D. Getty**

**Bankruptcy No. 14-22839-CMB**
**Chapter: 13**
**Doc. # 69**

**Appearances:  Katz**
**Lauren Lamb**

**Nature of Proceeding: #69 Continued Hearing Re: Motion to Dismiss Case**

**Additional Pleadings: #73 Response by Debtor**

**Judge's Notes:**

Motion to dismiss withdrawn.

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
11/6/19 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA