IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| MARC D. GETTY, | : |
| Debtor | : Bankruptcy No.: 14-22839-CMB |
| | : Chapter 13 |
| PENN HILLS SCHOOL DISTRICT, | : |
| Creditor, | : |
| v. | : |
| MARC D. GETTY, | : |
| Debtor. | : |

## STIPULATION BETWEEN DEBTOR AND THE PENN HILLS SCHOOL DISTRICT REGARDING TREATMENT OF CLAIM NO. 2-1.

AND NOW, comes Debtor, Marc D. Getty and Creditor, Penn Hills School District, by and through its undersigned counsel, and files this Stipulation of which the parties agree as follows:

1. On or about July 14, 2014, Marc D. Getty (Debtor) filed a Chapter 13 bankruptcy case at the above-captioned bankruptcy number.

2. The Penn Hills School District ("Creditor") is a priority creditor in the within bankruptcy case by virtue of its claim filed on August 12, 2014 at Claim No. 2-1 for delinquent earned income taxes owed for tax years 1998, 1999, 2000, and 2003-2011 in the total amount of $10,524.31.

3. Debtor's Amended Chapter 13 Plan dated October 18, 2017 provided that Creditor's Claim would be paid in full.

4. This Stipulation amends and supersedes the Amended Chapter 13 Plan dated October 18, 2017 as follows:

    a. Creditor's Claim in the amount of $10,524.31 shall not be discharged and will survive the Debtor's Bankruptcy.

    b. Debtor shall pay the Creditor's Claim in twenty-four (24) monthly payments of $438.51.

    c. Should Debtor default on the payments referenced in Paragraph 4b, Creditor shall have the right to bring a legal action against Debtor.

5. The parties agree that a signature transmitted electronically or by facsimile shall be accorded the same force and effect as an original signature and may be submitted to the Court. Any amendments to this Stipulation must be in writing, signed by all parties or their respective counsel.

APPROVED BY:

By: */s/ Jennifer L. Cerce*
Jennifer L. Cerce, Esquire
Pa. I.D. #81157
Maiello, Brungo & Maiello, LLP
SouthSide Works
424 S. 27th Street, Ste. 210
Pittsburgh, PA 15203
(412) 242-4400
jlc@mbm-law.net
Counsel for Penn Hills School District

By: */s/ Julie Frazee Steidl*
Julie Frazee Steidl, Esquire
Pa. I.D. #35937
Gulf Tower
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
Counsel for Debtor

THIS STIPULATION APPROVED THIS _____ DAY OF _____, 2019.

BY THE COURT:

_____
Chief Judge Carlota Böhm
U.S. Bankruptcy Judge

304517,1102.2