IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARC D. GETTY,

           Debtor

Bankruptcy No.: 14-22839-CMB

Chapter 13

PENN HILLS SCHOOL DISTRICT,

           Creditor,

v.

MARC D. GETTY,

           Debtor.

Related to: Document No. 79

**STIPULATION BETWEEN DEBTOR AND THE PENN HILLS SCHOOL DISTRICT REGARDING TREATMENT OF CLAIM NO. 2-1.**

AND NOW, comes Debtor, Marc D. Getty and Creditor, Penn Hills School District, by and through its undersigned counsel, and files this Stipulation of which the parties agree as follows:

1. On or about July 14, 2014, Marc D. Getty (Debtor) filed a Chapter 13 bankruptcy case at the above-captioned bankruptcy number.

2. The Penn Hills School District ("Creditor") is a priority creditor in the within bankruptcy case by virtue of its claim filed on August 12, 2014 at Claim No. 2-1 for delinquent earned income taxes owed for tax years 1998, 1999, 2000, and 2003-2011 in the total amount of $10,524.31.

3. Debtor's Amended Chapter 13 Plan dated October 18, 2017 provided that Creditor's Claim would be paid in full.

304517,1102.2

4. This Stipulation amends and supersedes the Amended Chapter 13 Plan dated October 18, 2017 as follows:

    a. Creditor's Claim in the amount of $10,524.31 shall not be discharged and will survive the Debtor's Bankruptcy.

    b. Debtor shall pay the Creditor's Claim in twenty-four (24) monthly payments of $438.51.

    c. Should Debtor default on the payments referenced in Paragraph 4b, Creditor shall have the right to bring a legal action against Debtor.

5. The parties agree that a signature transmitted electronically or by facsimile shall be accorded the same force and effect as an original signature and may be submitted to the Court. Any amendments to this Stipulation must be in writing, signed by all parties or their respective counsel.

APPROVED BY:

By: /s/ Jennifer L. Cerce
Jennifer L. Cerce, Esquire
Pa. I.D. #81157
Maiello, Brungo & Maiello, LLP
SouthSide Works
424 S. 27th Street, Ste. 210
Pittsburgh, PA 15203
(412) 242-4400
jlc@mbm-law.net
Counsel for Penn Hills School District

By: /s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Pa. I.D. #35937
Gulf Tower
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
Counsel for Debtor

THIS STIPULATION APPROVED THIS 3rd DAY OF December, 2019.

BY THE COURT:

Chief Judge Carlota Böhm
U.S. Bankruptcy Judge

FILED
12/3/19 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

304517,1102.2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marc D. Getty  
    Debtor

Case No. 14-22839-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Dec 03, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.  
db          +Marc D. Getty,    2254 Locust Ave.,    Fairmont, WV 26554-1289

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:  
           Andrew F Gornall     on behalf of Creditor     PONTUS INVESTMENT PORTFOLIO III, LLC  
            andygornall@latouflawfirm.com  
           Elizabeth Lamont Wassall     on behalf of Creditor     Ocwen Loan Servicing, LLC pabk@logs.com,  
            ewassall@logs.com  
           James Warmbrodt     on behalf of Creditor     PONTUS INVESTMENT PORTFOLIO III, LLC  
            bkgroup@kmllawgroup.com  
           Jennifer L. Cerce     on behalf of Creditor     Penn Hills School District jlc@mbm-law.net  
           Jerome B. Blank     on behalf of Creditor     Ocwen Loan Servicing, LLC pawb@fedphe.com  
           John P. Neblett     on behalf of Creditor     Great Lakes Higher Education Corporation  
            jpn@neblettlaw.com,    lln@neblettlaw.com  
           Joseph A. Dessoye     on behalf of Creditor     Ocwen Loan Servicing, LLC pawb@fedphe.com  
           Joseph P. Schalk     on behalf of Creditor     Ocwen Loan Servicing, LLC jschalk@barley.com,  
            sromig@barley.com  
           Kenneth Steidl     on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,  
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,  
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
           Robert Davidow     on behalf of Creditor     PHH MORTGAGE CORPORATION  
            robert.davidow@phelanhallinan.com  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           Stuart P. Winneg     on behalf of Creditor     Ocwen Loan Servicing, LLC swinneg@udren.com,  
            cblack@udren.com  
           Thomas Song     on behalf of Creditor     Ocwen Loan Servicing, LLC pawb@fedphe.com  
                                                                                                  TOTAL: 15