Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Marc D. Getty**
Debtor(s)

Bankruptcy Case No.: 14−22839−CMB

Chapter: 13
Docket No.: 83 − 82

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of December, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/6/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/19/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/6/20.**

                                        Carlota M. Bohm
                                        United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania

In re:                                                         Case No. 14-22839-CMB
Marc D. Getty                                                  Chapter 13
      Debtor                   CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                  Page 1 of 2              Date Rcvd: Dec 26, 2019
                              Form ID: 408                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             +Marc D. Getty,    2254 Locust Ave.,    Fairmont, WV 26554-1289
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13909156       ++ASCENDIUM EDUCATION SOLUTIONS   INC,    PO BOX 8961,    MADISON WI 53708-8961
                (address filed with court:   Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13887871       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   Credit Acceptance Corporation,    25505 West Twelve Mile Road,
                 Southfield, MI 48034)
13888382       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13887872       +Denovus,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13887873        Department of Education / Sallie Mae,    PO Box 9533,    Wilkes Barre, PA 18773-9533
13887874       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13887875       +Ocwen,    6716 Grade Lane,    Building 9, Suite 910,    Louisville, KY 40213-3410
13887876        Ocwen Loan Servicing,    P.O. Box 4622,    Waterloo, IA 50704-4622
13887877       +Penn Hills,    c/o Maiello Brungo & Maiello,    3301 McCrady Road,    Pittsburgh, PA 15235-5137
13887878       +Pontus Capital,    875 Prospect St #303,    La Jolla, CA 92037-4264
13955818       +Pontus Capital, LLC,    875 Prospect St, Suite 303,    La Jolla, CA 92037-4264
13887879       +Pontus Investment Portfolio III, LLC,    FCI Lender Services,    8180 East Kaiser Blvd.,
                 Anaheim Hills, CA 92808-2277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14880758        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 27 2019 02:41:22
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13887869        E-mail/Text: bnc-applied@quantum3group.com Dec 27 2019 02:42:44      Applied Bank,
                 PO Box 17120,    Wilmington, DE 19886-7120
13887870       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2019 02:50:11      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
13914259        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2019 02:48:32
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13962705        E-mail/PDF: pa_dc_claims@navient.com Dec 27 2019 02:47:12
                 Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
14153537       +Fax: 407-737-5634 Dec 27 2019 02:47:45      Ocwen Loan Servicing, LLC,
                 Attn: Cashiering Department,    1661 Worthington RD., Suite 100,
                 West Palm Beach, FL 33409-6493
13915851        E-mail/Text: bnc-quantum@quantum3group.com Dec 27 2019 02:42:00
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14808400        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 27 2019 02:41:23
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Great Lakes Higher Education Corporation
cr              Ocwen Loan Servicing, LLC
cr              PHH MORTGAGE CORPORATION
cr              PONTUS INVESTMENT PORTFOLIO III, LLC
cr*            ++ASCENDIUM EDUCATION SOLUTIONS INC,    2501 INTERNATIONAL LANE,    MADISON WI 53704-3180
                (address filed with court:   GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,
                 Madison, WI  53708)
                                                                                               TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dsaw              Page 2 of 2              Date Rcvd: Dec 26, 2019
                              Form ID: 408            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
           andygornall@latouflawfirm.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,
           ewassall@logs.com
          James Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
          John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
           jpn@neblettlaw.com, lln@neblettlaw.com
          Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
           sromig@barley.com
          Kenneth Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert Davidow    on behalf of Creditor    PHH MORTGAGE CORPORATION
           robert.davidow@phelanhallinan.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
           cblack@udren.com
          Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 15
```