**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MARC D. GETTY

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
      vs.
No Respondents.

Case No.:14-22839

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code, *
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

December 23, 2019

* **PENN HILLS SCHOOL DISTRICT SHOULD NOT BE DISCHARGED PER ORDER 11-27-2019.**

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/14/2014  and confirmed on 11/12/14 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 116,896.88 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,896.88 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 4,748.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,148.30 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| OCWEN FEDERAL SAVINGS BANK(*) | 0.00 | 30,030.07 | 0.00 | 30,030.07 |
|   Acct: 7505 | | | | |
| PONTUS INVESTMENT PORTFOLIO III LL | 0.00 | 22,196.00 | 0.00 | 22,196.00 |
|   Acct: 1262 | | | | |
| PONTUS INVESTMENT PORTFOLIO III LL | 22,696.77 | 22,696.77 | 0.00 | 22,696.77 |
|   Acct: 1262 | | | | |
| OCWEN FEDERAL SAVINGS BANK(*) | 537.38 | 537.38 | 0.00 | 537.38 |
|   Acct: 7505 | | | | |
| PENN HILLS SD & PENN HILLS MUNICIPA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXX0-00 | | | | |
| CREDIT ACCEPTANCE CORP* | 9,174.16 | 9,174.16 | 2,334.20 | 11,508.36 |
|   Acct: 6618 | | | | |
| | | | | 86,968.58 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARC D. GETTY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 900.00 | 900.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 3,500.39 | 0.00 | 0.00 | 0.00 |
|   Acct: 7960 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 7,023.92 | 0.00 | 0.00 | 0.00 |
|   Acct: 7960 | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6151 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA US | 0.00 | 2,751.60 | 0.00 | 2,751.60 |
|   Acct: 7960 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA US | 0.00 | 3,719.40 | 0.00 | 3,719.40 |

14-22839

Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7960 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPART | 0.00 | 15,309.00 | 0.00 | 15,309.00 |
| Acct: 7960 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 1,791.64 | 0.00 | 0.00 | 0.00 |
| Acct: 8379 | | | | |
| CAPITAL ONE BANK NA** | 310.20 | 0.00 | 0.00 | 0.00 |
| Acct: 0346 | | | | |
| UNITED STUDENT AID FUNDS INC (USAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7960 | | | | |
| UNITED STUDENT AID FUNDS INC (USAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7930 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 21,780.00 |

TOTAL PAID TO CREDITORS                                                            108,748.58

TOTAL
CLAIMED          10,524.31
PRIORITY         32,408.31
SECURED           2,101.84

Date: 12/23/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARC D. GETTY

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:14-22839

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.  **\***

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**\*PENN HILLS SCHOOL DISTRICT SHOULD
NOT BE DISCHARGED PER ORDER
11-27-2019.**

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22839-CMB
Marc D. Getty                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2          Date Rcvd: Dec 26, 2019
                              Form ID: pdf900         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db            +Marc D. Getty,   2254 Locust Ave.,   Fairmont, WV 26554-1289
cr             Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA  15219
cr            +Penn Hills School District,   c/o Maiello, Brungo & Maiello, LLP,   3301 McCrady Road,
               Pittsburgh, PA 15235-5137
13909156      ++ASCENDIUM EDUCATION SOLUTIONS  INC,   PO BOX 8961,   MADISON WI 53708-8961
               (address filed with court:  Navient Solutions, Inc. on behalf of USAF,
               Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
13887871      ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
               (address filed with court:  Credit Acceptance Corporation,   25505 West Twelve Mile Road,
               Southfield, MI 48034)
13888382      +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
13887872      +Denovus,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13887873       Department of Education / Sallie Mae,   PO Box 9533,   Wilkes Barre, PA 18773-9533
13887874      +Northland Group Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
13887875      +Ocwen,   6716 Grade Lane,   Building 9, Suite 910,   Louisville, KY 40213-3410
13887876       Ocwen Loan Servicing,   P.O. Box 4622,   Waterloo, IA 50704-4622
13887877      +Penn Hills,   c/o Maiello Brungo & Maiello,   3301 McCrady Road,   Pittsburgh, PA 15235-5137
13887878      +Pontus Capital,   875 Prospect St #303,   La Jolla, CA 92037-4264
13955818      +Pontus Capital, LLC,   875 Prospect St, Suite 303,   La Jolla, CA 92037-4264
13887879      +Pontus Investment Portfolio III, LLC,   FCI Lender Services,   8180 East Kaiser Blvd.,
               Anaheim Hills, CA 92808-2277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14880758       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 27 2019 02:41:23
               GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,   Madison WI 53708-8961
13887869       E-mail/Text: bnc-applied@quantum3group.com Dec 27 2019 02:42:44    Applied Bank,
               PO Box 17120,   Wilmington, DE 19886-7120
13887870      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2019 02:48:33    Capital One Bank,
               PO Box 71083,   Charlotte, NC 28272-1083
13914259       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2019 02:50:12
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13962705       E-mail/PDF: pa_dc_claims@navient.com Dec 27 2019 02:47:10
               Navient Solutions Inc. on behalf of,   Department of Education Services,   P.O. Box 9635,
               Wilkes-Barre PA. 18773-9635
14153537      +Fax: 407-737-5634 Dec 27 2019 02:47:45    Ocwen Loan Servicing, LLC,
               Attn: Cashiering Department,   1661 Worthington RD., Suite 100,
               West Palm Beach, FL 33409-6493
13915851       E-mail/Text: bnc-quantum@quantum3group.com Dec 27 2019 02:42:01
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
               Kirkland, WA  98083-0788
14808400       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 27 2019 02:41:23
               United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
                                                                                      TOTAL: 8


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Great Lakes Higher Education Corporation
cr             Ocwen Loan Servicing, LLC
cr             PHH MORTGAGE CORPORATION
cr             PONTUS INVESTMENT PORTFOLIO III, LLC
cr*           ++ASCENDIUM EDUCATION SOLUTIONS INC,   2501 INTERNATIONAL LANE,   MADISON WI 53704-3180
               (address filed with court:  GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,
               Madison, WI  53708)
                                                                       TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: dsaw              Page 2 of 2              Date Rcvd: Dec 26, 2019
                             Form ID: pdf900          Total Noticed: 23

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:

    Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
     andygornall@latouflawfirm.com

    Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,
     ewassall@logs.com

    James Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
     bkgroup@kmllawgroup.com

    Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net

    Jerome B. Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com

    John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
     jpn@neblettlaw.com,  lln@neblettlaw.com

    Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com

    Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
     sromig@barley.com

    Kenneth Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
     eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
     inberg.com

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

    Robert Davidow    on behalf of Creditor    PHH MORTGAGE CORPORATION
     robert.davidow@phelanhallinan.com

    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

    Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
     cblack@udren.com

    Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
                                                         TOTAL: 15