| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marc D. Getty** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx−xx−7960** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14−22839−CMB** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marc D. Getty

2/7/20                                                **By the court:**     <u>Carlota M. Bohm</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 14-22839-CMB
Marc D. Getty                                                      Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: aala                   Page 1 of 2                  Date Rcvd: Feb 07, 2020
                              Form ID: 3180W               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db             +Marc D. Getty,    2254 Locust Ave.,    Fairmont, WV 26554-1289
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13909156      ++ASCENDIUM EDUCATION SOLUTIONS   INC,    PO BOX 8961,    MADISON WI 53708-8961
                (address filed with court:   Navient Solutions, Inc. on behalf of USAF,
                  Attn: Bankruptcy Litigation Unit E3149,     P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13887871      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   Credit Acceptance Corporation,     25505 West Twelve Mile Road,
                  Southfield, MI 48034)
13888382       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
13887872       +Denovus,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13887873        Department of Education / Sallie Mae,     PO Box 9533,    Wilkes Barre, PA 18773-9533
13887874       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13887875       +Ocwen,   6716 Grade Lane,   Building 9, Suite 910,     Louisville, KY 40213-3410
13887876        Ocwen Loan Servicing,    P.O. Box 4622,    Waterloo, IA 50704-4622
13887877       +Penn Hills,   c/o Maiello Brungo & Maiello,     3301 McCrady Road,    Pittsburgh, PA 15235-5137
13887878       +Pontus Capital,    875 Prospect St #303,    La Jolla, CA 92037-4264
13955818       +Pontus Capital, LLC,    875 Prospect St, Suite 303,     La Jolla, CA 92037-4264
13887879       +Pontus Investment Portfolio III, LLC,     FCI Lender Services,    8180 East Kaiser Blvd.,
                 Anaheim Hills, CA 92808-2277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2020 02:49:13       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14880758        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 08 2020 02:48:34
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13887869        EDI: APPLIEDBANK.COM Feb 08 2020 07:23:00      Applied Bank,    PO Box 17120,
                 Wilmington, DE 19886-7120
13887870       +EDI: CAPITALONE.COM Feb 08 2020 07:23:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
13914259        EDI: CAPITALONE.COM Feb 08 2020 07:23:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
13962705        EDI: NAVIENTFKASMSERV.COM Feb 08 2020 07:23:00       Navient Solutions Inc. on behalf of,
                 Department of Education Services,    P.O. Box 9635,    Wilkes-Barre PA. 18773-9635
14153537       +Fax: 407-737-5634 Feb 08 2020 02:55:47      Ocwen Loan Servicing, LLC,
                 Attn: Cashiering Department,    1661 Worthington RD., Suite 100,
                 West Palm Beach, FL 33409-6493
13915851        EDI: Q3G.COM Feb 08 2020 07:23:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14808400        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 08 2020 02:48:34
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Great Lakes Higher Education Corporation
cr              Ocwen Loan Servicing, LLC
cr              PHH MORTGAGE CORPORATION
cr              PONTUS INVESTMENT PORTFOLIO III, LLC
cr*           ++ASCENDIUM EDUCATION SOLUTIONS INC,    2501 INTERNATIONAL LANE,   MADISON WI 53704-3180
                (address filed with court:   GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,
                  Madison, WI 53708)
                                                                                 TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: aala                 Page 2 of 2                  Date Rcvd: Feb 07, 2020
                              Form ID: 3180W             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
           andygornall@latouflawfirm.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,
           ewassall@logs.com
          James Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com
          John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
           jpn@neblettlaw.com, lln@neblettlaw.com
          Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
           sromig@barley.com
          Kenneth Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert Davidow    on behalf of Creditor    PHH MORTGAGE CORPORATION
           robert.davidow@phelanhallinan.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
           cblack@udren.com
          Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
                                                                                             TOTAL: 16
```