# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARC D. GETTY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-22839

Chapter 13

Related to: Document No. 82

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____7th_____ day of _____February_____, 20 20 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.   *

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**\*PENN HILLS SCHOOL DISTRICT SHOULD NOT BE DISCHARGED PER ORDER** 12-03-2019.

BY THE COURT:

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
2/7/20 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Marc D. Getty
       Debtor

Case No. 14-22839-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 2      Date Rcvd: Feb 07, 2020
                          Form ID: pdf900      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
```
db          +Marc D. Getty,    2254 Locust Ave.,    Fairmont, WV 26554-1289
cr           Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA  15219
cr          +Penn Hills School District,   c/o Maiello, Brungo & Maiello, LLP,   3301 McCrady Road,
             Pittsburgh, PA 15235-5137
13909156    ++ASCENDIUM EDUCATION SOLUTIONS INC,   PO BOX 8961,   MADISON WI 53708-8961
             (address filed with court: Navient Solutions, Inc. on behalf of USAF,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
13887871    ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,   25505 West Twelve Mile Road,
             Southfield, MI 48034)
13888382    +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
13887872    +Denovus,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13887873     Department of Education / Sallie Mae,   PO Box 9533,   Wilkes Barre, PA 18773-9533
13887874    +Northland Group Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
13887875    +Ocwen,   6716 Grade Lane,   Building 9, Suite 910,   Louisville, KY 40213-3410
13887876     Ocwen Loan Servicing,   P.O. Box 4622,   Waterloo, IA 50704-4622
13887877    +Penn Hills,   c/o Maiello Brungo & Maiello,   3301 McCrady Road,   Pittsburgh, PA 15235-5137
13887878    +Pontus Capital,   875 Prospect St #303,   La Jolla, CA 92037-4264
13955818    +Pontus Capital, LLC,   875 Prospect St, Suite 303,   La Jolla, CA 92037-4264
13887879    +Pontus Investment Portfolio III, LLC,   FCI Lender Services,   8180 East Kaiser Blvd.,
             Anaheim Hills, CA 92808-2277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14880758     E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 08 2020 02:48:34
             GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,   Madison WI 53708-8961
13887869     E-mail/Text: bnc-applied@quantum3group.com Feb 08 2020 02:49:42    Applied Bank,
             PO Box 17120,   Wilmington, DE 19886-7120
13887870    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 08 2020 02:52:19    Capital One Bank,
             PO Box 71083,   Charlotte, NC 28272-1083
13914259     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 08 2020 02:51:36
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13962705     E-mail/PDF: pa_dc_claims@navient.com Feb 08 2020 02:53:15
             Navient Solutions Inc. on behalf of,   Department of Education Services,   P.O. Box 9635,
             Wilkes-Barre PA. 18773-9635
14153537    +Fax: 407-737-5634 Feb 08 2020 02:55:47    Ocwen Loan Servicing, LLC,
             Attn: Cashiering Department,   1661 Worthington RD., Suite 100,
             West Palm Beach, FL 33409-6493
13915851     E-mail/Text: bnc-quantum@quantum3group.com Feb 08 2020 02:49:01
             Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
             Kirkland, WA  98083-0788
14808400     E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 08 2020 02:48:34
             United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
                                                                                         TOTAL: 8


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Great Lakes Higher Education Corporation
cr           Ocwen Loan Servicing, LLC
cr           PHH MORTGAGE CORPORATION
cr           PONTUS INVESTMENT PORTFOLIO III, LLC
cr*         ++ASCENDIUM EDUCATION SOLUTIONS INC,   2501 INTERNATIONAL LANE,   MADISON WI 53704-3180
             (address filed with court: GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,
             Madison, WI  53708)
                                                                        TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                               Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: aala          Page 2 of 2          Date Rcvd: Feb 07, 2020
                             Form ID: pdf900      Total Noticed: 23

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:

      Andrew F Gornall    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
      andygornall@latouflawfirm.com
      Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,
      ewassall@logs.com
      James  Warmbrodt    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
      bkgroup@kmllawgroup.com
      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
      Jerome B. Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
      Jerome B. Blank    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com
      John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
      jpn@neblettlaw.com,  lln@neblettlaw.com
      Joseph A. Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
      Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
      sromig@barley.com
      Kenneth  Steidl    on behalf of Debtor Marc D. Getty julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
      eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
      inberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Robert  Davidow    on behalf of Creditor    PHH MORTGAGE CORPORATION
      robert.davidow@phelanhallinan.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Stuart P. Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
      cblack@udren.com
      Thomas  Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
                                            TOTAL: 16